Lisa Barnett Sween (State Bar No. 191155)
Jessica C. Shafer (State Bar No. 297856)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: lisa.sween@jacksonlewis.com
E-mail: jessica.shafer@jacksonlewis.com

Attorneys for Defendant
BALFOUR BEATTY INFRASTRUCTURE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON-PIERRE RATTIE,<br><br>    Plaintiff,<br><br>    v.<br><br>BALFOUR BEATTY INFRASTRUCTURE, INC.,<br><br>    Defendant. | Case No. 3:22-cv-05061 RS<br><br>**JOINT STIPULATION EXTENDING TIME ON ALL REMAINING DEADLINES IN CASE MANAGEMENT ORDER AND ORDER AS MODIFIED BY THE COURT**<br><br>Judge:           Hon. Richard Seeborg<br><br>Complaint Filed:  09/06/2022<br>Trial Date:          11/13/2023 |

Plaintiff JON-PIERRE RATTIE and Defendant BALFOUR BEATTY INFRASTRUCTURE, INC. (collectively, the "Parties"), by and through their counsel of record, stipulate as follows:

**RECITALS**

1.  On December 15, 2022, the Court issued its Case Management Scheduling Order (the "CMO"). [Dkt. 17.] The CMO set the following deadlines in this case:

    - Fact discovery cutoff: May 25, 2023;

    - Further case management conference: June 1, 2023 at 10:00 a.m.;

    - Deadline for Rule 26(a)(2) disclosures: June 23, 2023;

    - Deadline for Rule 26(a)(2) rebuttal disclosures: July 21, 2023;

  - Expert discovery cutoff: August 11, 2023;
  - Last hearing date on dispositive motions: September 7, 2023;
  - Pretrial conference: November 1, 2023 at 10:00 a.m.; and
  - Trial: November 13, 2023 at 9:00 a.m.

2. The parties now submit this stipulation requesting that the Court extend all pending dates as set forth below, for good cause as follows:

   a. The Parties submitted this case to a settlement conference on March 30, 2023. The matter did not settle at that time. The Parties conferred in an effort to resolve discovery disputes and jointly determined that additional discovery needed to be completed. Since that time, the Parties have engaged in additional written discovery and exchanged documents, but still need to take 10-13 depositions. The Parties require additional time to schedule and to take those depositions.

   b. The Court recently scheduled an additional settlement conference in this matter for July 25, 2023, following the current expert disclosure deadlines. The Parties would prefer to preserve resources by postponing all expert discovery to a date after the settlement conference.

   c. Counsel for Defendant is scheduled for a two-week trial in the Northern District beginning on November 6, 2023. Due to this scheduling conflict, Defendant needs to extend the trial date.

**STIPULATION**

For the foregoing reasons, the Parties hereby stipulate to extend all remaining deadlines set forth in the CMO [Dkt. 17] by at least 60 days, as follows:

  - Fact discovery cutoff: July 25, 2023;
  - Further case management conference: July 31, 2023 at 10:00 a.m.;
  - Deadline for Rule26(a)(2) disclosures: August 22, 2023;
  - Deadline for Rule 26(a)(2) rebuttal disclosures: September 19, 2023;
  - Expert discovery cutoff: October 10, 2023;
  - Last hearing date on dispositive motions: November 6, 2023;

1  - Pretrial conference: January 16, 2024 at 10:00 a.m.; and

2  - Trial: January 29, 2024 at 9:00 a.m., or as soon thereafter as the Court is available.

Dated:  May 24, 2023                    JACKSON LEWIS P.C.


By: */s/ Jessica C. Shafer*
    Lisa Barnett Sween
    Jessica C. Shafer
    Attorneys for Defendant
    BALFOUR BEATTY INFRASTRUCTURE, INC.


Dated:  May 24, 2023                    PAUL LAW OFFICES


By: */s/ Gregory G. Paul*
    Gregory G. Paul
    Attorney for Plaintiff
    JON-PIERRE RATTIE

### ORDER AS MODIFIED BY THE COURT

For the foregoing reasons and for good cause having been shown, the Court hereby extends all deadlines set forth in the CMO [Dkt. 17], as follows:

- Fact discovery cutoff: July 25, 2023;
- Further case management conference: August 10, 2023 at 10:00 a.m.;
- Deadline for Rule26(a)(2) disclosures: August 22, 2023;
- Deadline for Rule 26(a)(2) rebuttal disclosures: September 19, 2023;
- Expert discovery cutoff: October 10, 2023;
- Last hearing date on dispositive motions: November 9, 2023;
- Pretrial conference: January 17, 2024 at 10:00 a.m.; and
- Trial: January 29, 2024 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: May 25, 2023

RICHARD SEEBORG
United States District Judge