UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON-PIERRE RATTIE,<br><br>       Plaintiff,<br><br>v.<br><br>BALFOUR BEATTY INFRASTRUCTURE, INC.,<br><br>       Defendant. | Case No. 22-cv-05061-RS   (LJC)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY**<br><br>Re: ECF Nos. 32, 33 |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery. The undersigned has reviewed the parties' Discovery Letter Briefs. ECF Nos. 32, 33. The parties must comply with the procedures set forth in Section F(5) of the Standing Order for Magistrate Judge Cisneros, available at https://cand.uscourts.gov/lisa-j-cisneros/. In particular, the parties must "make a good faith effort to resolve the dispute," and "[c]ounsel for each party must meet and confer in person or by videoconference. A mere exchange of letters, e-mails, or telephone calls does not satisfy the meet and confer requirement." Id. In addition, the Court "may impose an appropriate sanction, which may include an order requiring payment of all reasonable expenses, including attorney's fees, caused by the refusal or failure to confer." L.R. 37-1(a).

Based on the parties' Discovery Letter Briefs, they have not yet met and conferred in compliance with the undersigned's Standing Order. Accordingly, by July 21, 2023, the parties shall file a Joint Statement with the Court of no more than two pages describing their plan for promptly scheduling a meet and confer. No later than five business days after the formal meet and confer, and in compliance with the timing set forth in Local Rule 37-3, the parties shall provide the Court with a joint discovery letter that either (a) indicates that the disputes described in ECF

Nos. 32 and 33 have been entirely resolved and those discovery disputes are withdrawn, or (b) updates the Court regarding which discovery disputes remain pending. The joint letter must comply with the undersigned's Standing Order concerning discovery disputes, including the requirements regarding content and page limits. The Court will thereafter order a telephone conference, hearing, and/or further briefing, if needed.

Please contact the Courtroom Deputy Clerk Brittany Sims at ljccrd@cand.uscourts.gov with any questions.

**IT IS SO ORDERED.**

Dated: July 20, 2023

LISA J. CISNEROS
United States Magistrate Judge