United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JON-PIERRE RATTIE,

        Plaintiff,

    v.

BALFOUR BEATTY INFRASTRUCTURE, INC.,

        Defendant.

Case No.  22-cv-05061-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **June 6, 2024**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **June 13, 2024, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

    **IT IS SO ORDERED.**

Dated:  March 12, 2024

_____
Richard Seeborg
Chief, U.S. District Judge